S. Smith and others, as executors, etc., and another. No opinion. Motion granted, without costs, upon condition that the judgment be entered within three days after the entry of the order. See, also, 166 App. Div. 528, 152 N. Y. Supp. 102.

MUTUAL PROFIT REALTY COMPANY, Respondent, v. Peter J. NELSON et al., appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and decision modified (1) by striking out the provision that plaintiff had a lien for the amount of the expenses incurred in examination of the title, aggregating, with interest, $159.83 (Occidental Realty Co. v. Palmer, 117 App. Div. 505, 510, 102 N. Y. Supp. 648; Ungrich v. Shaff, 119 App. Div. 843, 847, 105 N. Y. Supp. 1013, s. c. 130 App. Div. 902, 115 N. Y. Supp. 1147; see also Hugel v. Habel, 132 App. Div. 327, 330, 117 N. Y. Supp. 78); and (2) by striking out the provision that plaintiff recover of the widow and heirs at law of the deceased vendor any sum whatever, except for the purposes of adjudging that the estate of the heirs at law is subject to the vendor's lien for the money actually paid upon the contract, with interest. Villone v. Feinstein, 132 App. Div. 31, 116 N. Y. Supp. 384. As thus modified the judgment is affirmed, with costs to the respondent. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

NATIONAL BRAKE CO., Inc., et al., respts., v. Griffin S. ACKLEY, applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Appeal dismissed, with costs, upon appellant's failure to appear upon case being reached in its regular order.

Algoth A. NELSON, appellant, v. Walter A. WILSON, respondent. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Tony NETTELI, an infant, by Rocco Netteli, his guardian ad litem, respondent, v. LEHIGH VALLEY RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Tony NETTELI, an infant, by Rocco Netteli, his guardian ad litem, respondent, v. LEHIGH VALLEY RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

NEWHOUSE, Appellant, v. DE SOLA, Respondent. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Appeal No. 2. Action by Walter S. Newhouse against Benjamin E. De Sola. No opinion. Motion denied, without costs.

Walter S. NEWHOUSE, appellant and respondent, v. Benjamin E. DE SOLA, respondent and appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Appeal No. 2. Motion granted, and resettled order signed.

NEWHOUSE, Appellant, v. SCHUNDLER & DE SOLA, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Appeal No. 1. Action by Walter S. Newhouse, against Schundler & De Sola, Incorporated. No opinion. Motion granted, so that the order may read as follows: Order that the order upon reargument, entered on the 19th day of June, 1915, be reversed with $10 costs and disbursements to the plaintiff-appellant; and the order entered June 19th, 1915, on motion for judgment upon demurrers to the answer, be modified by striking out therefrom the word "overruled" in paragraph third of said order, and inserting in place thereof the word "allowed."

NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, respondent, v. The COUNTY OF ORANGE, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Otto NIEMANN v. Mathilde PFLEGER et al. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted, with $10 costs. Order filed.

George NOLL, respt., v. ROGERS–BROWN IRON CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

In the Matter of The NORTHERN BANK. In the Matter of The SUPT. OF BANKS. In the Matter of GIFFORD, HOBBS & BEARD. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

Maud NOSK, as administratrix, etc., of John F. Nosk, deceased, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

O'BRIEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by James F. O'Brien against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 538, 1128.

O'BRIEN, Appellant, v. KOWAL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Matthew O'Brien against Samuel Kowal. No opinion. Motion for reargument (155 N. Y. Supp. 1128) denied, without costs.